UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DARSOW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE No.: 8:19-cv-01252-JLS-JDEx<br><br>**JUDGMENT** |

The Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), came on regularly for hearing on August 30, 2019, in Courtroom 10A of the above-entitled court, the Honorable Josephine L. Staton, presiding. The Court, having read and considered the Motion, the Request for Judicial Notice, the Complaint, the Opposition and Reply papers, oral argument, and good cause appearing, granted the Motion in full with prejudice and without leave to amend in a written order dated September 3, 2019.

///

///

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. Judgment is hereby entered in favor of Wells Fargo and against Plaintiff; and

2. Plaintiff shall take and recover nothing from Wells Fargo.

DATED: September 04, 2019

THE HON. JOSEPHINE L. STATON
UNITED SATES DISTRICT JUDGE